IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-05-0587 |
| v. | * | Civil No. – JFM-16-1905 |
| | * | |
| CEDRICK BOWMAN | * | |

******

## MEMORANDUM

Cedrick Bowman has filed this action under 28 U.S.C. §2255, claiming that he is entitled to relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Bowman is incorrect. He was sentenced significantly below the career offender advisory guideline range. Rather, as to count I he was sentenced to the guideline range that would have applied without the career offender enhancement, and to a mandatory 120 months consecutive on count II.

A separate order denying Bowman's motion is being entered herewith.

Date: 8/29/16

J. Frederick Motz
United States District Judge

1